UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 4:19-CR-14 |
| | ) | |
| v. | ) | |
| | ) | |
| **ARSINIO ROBINSON** | ) | |

# ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

    a)    March 15 through 21, 2020 for personal leave

**IT IS FURTHER ORDERED** that should a hearing be set during those dates, a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 21st day of January, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia